ANNIE EPSTEIN, Appellant, *v.* REBECCA WERBELOVSKY et al., Respondents, and HOWARD WERBELOVSKY et al., Appellants.

*Epstein* v. *Werbelovsky*, 167 App. Div. 942, affirmed.
(Argued October 30, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 31, 1915, which affirmed a judgment entered upon a verdict decreeing that a certain paper writing dated February 28, 1912, admitted to probate by the Surrogate's Court of Kings county on May 29, 1913, is the last will and testament of Jacob H. Werbelovsky, deceased, and enjoining all parties to this action from bringing or maintaining any action based upon a claim that such writing is not the last will and testament of said testator.

· *Benjamin Reass, Albert E. Richardson, Hugo Hirsh* and *Emanuel Newman* for appellants.

*Herman S. Bachrach* and *Clarence G. Bachrach* for respondents.

Judgment affirmed, with costs, under last clause of section 1317 of the Code of Civil Procedure; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ.